UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROLANDE CUTNER,                                    Docket No. 07 CV 8649

                 Plaintiff,                      **STIPULATION**

- against -

THE LANTERN GROUP, ST.LOUIS HALL L.P., SRO HOTEL
THE ST. LOUIS, a/k/a THE ST. LOUIS HALL, 319 REALTY
SERVICES, LLP, and 319 WEST LLC and XYZ
CORPORATION, (said name being fictitious, it being the intention
of CUTNER to designate any corporation having a legal interest in
The SRO HOTEL THE ST. LOUIS),

                 Defendants.
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the respective parties herein, that the time of THE LANTERN GROUP defendants to answer or move with respect to the complaint in the above-captioned action shall be extended to and including December 12, 2007.

Dated: Mineola, New York
       November 6, 2007

ROLANDE CUTNER                                MIRANDA SOKOLOFF SAMBURSKY
                                              SLONE VERVENIOTIS LLP

By: _____                 By: _____
Rolande Cutner, Esq.                          Steven Verveniotis, Esq.
60 Broad Street, Suite 3502                   240 Mineola Boulevard
New York, New York 10004                      Mineola, New York 11501
(646) 673-5521                                (516) 741-7676
Pro-Se Plaintiff                              Our File No. 07-636
                                              Attorneys for The Lantern Group defendants