NOV-06-2007(TUE) 17:57                                                              P.003/015

NOV-06-2007  12:23      MSSSV LLP                                                   P.003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ROLANDE CUTNER,                                 Docket No. 07 CV 8649 (LAK)

                       Plaintiff,               STIPULATION

        - against -

THE LANTERN GROUP, ST.LOUIS HALL L.P., SRO HOTEL
THE ST. LOUIS, a/k/a THE ST. LOUIS HALL, 319 REALTY
SERVICES, LLP, and 319 WEST LLC and XYZ
CORPORATION, (said name being fictitious, it being the intention
of CUTNER to designate any corporation having a legal interest in
The SRO HOTEL THE ST. LOUIS),

                       Defendants.
------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the respective parties herein, that the time of THE LANTERN GROUP defendants to answer or move with respect to the complaint in the above-captioned action shall be extended to and including December 12, 2007.

Dated: Mineola, New York
       November 6, 2007


ROLANDE CUTNER                          MIRANDA SOKOLOFF SAMBURSKY
                                        SLONE VERVENIOTIS LLP

By: _____             By: _____
    Rolande Cutner, Esq.                    Steven Verveniotis, Esq.
    60 Broad Street, Suite 3502             240 Mineola Boulevard
    New York, New York 10004                Mineola, New York 11501
    (646) 673-5521                          (516) 741-7676
    Pro-Se Plaintiff                        Our File No. 07-636
                                            Attorneys for The Lantern Group defendants

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

                                        U.S.D.J.
                                        11/8/07

                                                                    TOTAL P.003