UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ROLANDE CUTNER, | Docket No.: 07 CV 8649 |
| | (LAK)(WM) |
| Plaintiff, | |
| | **NOTICE OF** |
| -against- | **APPEARANCE** |

THE LANTERN GROUP, ST. LOUIS HALL L.P.,
SRO HOTEL THE ST. LOUIS a/k/a THE ST. LOUIS
HALL, 319 REALTY SERVICES, LLP, and 319
WEST LLC and XYZ CORPORATION (Said name
being fictitious, it being the intention of CUTNER to
designate any corporation having a legal interest in the
SRO HOTEL THE ST. LOUIS,

Defendants.
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Adam I. Kleinberg, an associate of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, attorneys for defendants The Lantern Group, Inc., St. Louis L.P. s/h/a St. Louis Hall L.P., and 319 Realty Services, L.P. s/h/a 319 Realty Services, LLP (collectively referred to hereinafter as "The Lantern Group defendants"), hereby files this notice for the purpose of receiving ECF alerts via e-mail.

Dated: Mineola, New York
     December 21, 2007

                       MIRANDA SOKOLOFF SAMBURSKY
                       SLONE VERVENIOTIS LLP
                       Attorneys for The Lantern Group Defendants

                       By: _____
                       ADAM I. KLEINBERG (AIK-0468)
                       240 Mineola Boulevard
                       Mineola, New York 11501
                       (516) 741-7676
                       Our File No. 07-636

TO:   Rolande Cutner, Esq. (via ECF)