

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* <br> BRIAN S. SOKOLOFF <br> STEVEN VERVENIOTIS <br> ONDINE SLONE <br> NEIL L. SAMBURSKY* <br> RICHARD S. SKLARIN° <br> STEVEN C. STERN <br><br> MARK R. OSHEROW*◊□ <br> COUNSEL <br><br> WRITER'S E-MAIL: <br> akleinberg@msssv.com | THE ESPOSITO BUILDING <br> 240 MINEOLA BOULEVARD <br> MINEOLA, NY 11501 <br> TEL (516) 741-7676 <br> FAX (516) 741-9060 <br><br> WWW.MSSSV.COM <br><br> BRANCH OFFICES: <br> WESTCHESTER, NY <br> NEW YORK, NY <br> FANWOOD, NJ | ADAM I. KLEINBERG <br> JENNIFER E. SHERVEN <br> GABRIELLA CAMPIGLIA <br> TODD HELLMAN <br> CHARLES A. MARTIN <br> KIERA J. MEEHAN <br> DAMIAN F. FISCHER <br> MARIA THOMAS <br> NANCY R. SCHEMBRI°° <br> MICHAEL V. LONGO <br> MELISSA HOLTZER <br> MICHAEL P. SIRAVO <br> ARIEL S. ZITRIN <br><br> * ALSO ADMITTED IN NEW JERSEY <br> ◊ ALSO ADMITTED IN CONNECTICUT <br> □ ALSO ADMITTED IN FLORIDA <br> °RESIDENT IN WESTCHESTER |

**MEMO ENDORSED**

December 21, 2007

Chambers of the Honorable William Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 760
New York, NY 10007

Attn: Richalyn Chambers

Re: *Cutner v. The Lantern Group et al.*
Docket No. 07 Civ. 8649 (LAK)(FM)
Our File No. 07-636

So ordered
Maas,
USMJ 1/2/08

Dear Ms. Chambers:

We represent defendants The Lantern Group, Inc., St. Louis L.P. s/h/a St. Louis Hall L.P., and 319 Realty Services, LP (collectively "The Lantern Group defendants") in the above-referenced matter.

I am writing about a clerical item. When we filed our Answer to the Complaint, our firm mistakenly utilized the ECF password for Michael Mirada of this firm rather than my password. Accordingly, we respectfully request that the Court terminate Mr. Miranda from the ECF notice list. I have filed a Notice of Appearance in the matter.

Thank you for your consideration of this matter.

Respectfully submitted,

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

Adam I. Kleinberg

cc: Rolande Cutner, Esq.