USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CUTNER,             :

          Plaintiff,       :   **ORDER**

   - against -         :   07 Civ. 8649 (LAK)(FM)

THE LANTERN GROUP, INC., et al.,   :

          Defendants.      :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. On or before May 14, 2008, all discovery shall be completed.

2. A further conference shall be held on May 15, 2008, at 2 p.m. in Courtroom 20A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
             January 9, 2008

                                                           FRANK MAAS
                                                 United States Magistrate Judge

Copies to:

Hon. Lewis A. Kaplan
United States District Judge

Rolande Cutner
60 Broad Street
Fax: (646) 349-2240 (and via certified mail)

Steven Verveniotis/Adam Kleinberg
Miranda Sokoloff Sambursky Slone Verveniotis LLP
Fax: (516) 741-9060