# MSSSV

**MEMO ENDORSED**

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S E-MAIL:
MHOLTZER@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
KOREN HARRIS*

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° ALSO ADMITTED IN MASSACHUSETTS
*RESIDENT IN WESTCHESTER

(FRANK)

April 3, 2008

VIA FACSIMILE (212) 805-6724
Chambers of the Honorable ~~William~~ Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 760
New York, NY 10007

Re: Cutner v. The Lantern Group et al.
Docket No. 07 Civ. 8649 (LAK)(FM)
Our File No. 07-636

Dear Judge Maas:

As your file may reflect, this firm represents the defendants in the above-referenced matter. We have been discussing the scheduling of depositions with plaintiff, who is pro-se. Plaintiff has indicated to us that she will be represented by counsel at her deposition. As such, we indicated to her that we must continue any further discussions with her attorney. Plaintiff then indicated that her attorney would only be representing her with regards to her deposition, and would not be representing her with regards to any other aspect of this case. Plaintiff further stated that we may continue to have discussions with her regarding her deposition. As we are not familiar with proceedings in which a party is only represented by counsel with regards to certain aspects of the case, we seek the court's advice as to how to proceed. If possible, we respectfully request that a telephone conference be held so that the parties may discuss this issue with Your Honor.

Respectfully submitted,

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Melissa Holtzer

Cc: Rolande Cutner, Esq.

[Handwritten memo endorsement:]

This is not the usual pro se case. Ms. Cutner is an attorney admitted to the bar of this Court. She sensibly seeks to have a second attorney represent her at the deposition. Provided that this attorney is admitted to practice before this Court (or admitted pro hac vice), I see no problem with the proposed arrangement even if Ms. Cutner's friend does not enter a notice of appearance. I also see no problem with defense counsel continuing to deal directly with Ms. Cutner. Finally, if Ms. Cutner wishes to be treated as an attorney, she will have to act like one. Accordingly, the deposition will not "take place in the courthouse ... next to a judge." It will take place at the Miranda firm and all the attorneys in attendance will be expected to act professionally.

FMaas, USMJ, 4/3/08

[Stamp:]
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08