# MSSSV
# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S E-MAIL:
MHOLTZER@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI◊°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
KOREN HARRIS[+]
PATRICK J. MALONEY

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
[+] ALSO ADMITTED IN MASSACHUSETTS
° RESIDENT IN WESTCHESTER

May 2, 2008

Honorable Frank Maas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Cutner v. The Lantern Group et al.*
                Docket No. 07 Civ. 8649 (LAK)(FM)
                <u>Our File No. 07-636</u>

Dear Judge Maas:

       This firm represents the defendants in the above-referenced matter. We write, on behalf of all parties, to respectfully request that the deadline for the completion of discovery be extended sixty days, from May 14, 2008 to July 14, 2008.

       We make this request because plaintiff underwent medical treatment in France for approximately the entire month of April. Plaintiff has recently indicated that the remainder of her medical records is forthcoming. We note that they are in French and we will require a translator to review the records. In light of the aforementioned, we have not been able to schedule depositions to date. We expect to do so upon receipt and review of the medical records.

       This is our first request for an extension of discovery. Thank you for your consideration of this matter.

                              Respectfully submitted,
                              MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

                              Melissa Holtzer

cc: Rolande Cutner, Esq. (via facsimile)