UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROLANDE CUTNER,                             :

                Plaintiff,      :   **ORDER**

     - against -                           :   07 Civ. 8649 (LAK)(FM)

THE LANTERN GROUP, INC., et al.,            :

                Defendants.     :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. Plaintiff's application to amend the complaint is denied.

2. The discovery period is extended to July 23, 2008, for the sole purpose of completing plaintiff's deposition.

3. Plaintiff's application for further time to depose the president of The Lantern Group is denied.

4. On or before September 5, 2008, defendants shall serve and file their motion for summary judgment. Plaintiff shall serve and file opposition papers by September 26, 2008. Defendants may reply by October 3, 2008.

SO ORDERED.

Dated:    New York, New York
            July 16, 2008

                                                FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Hon. Lewis A. Kaplan
United States District Judge

Rolande Cutner, Esq.
60 Broad Street
Fax: (646) 349-2240 (and via certified mail)

Charles A. Martin, Esq.
Miranda Sokoloff Sambursky Slone Verveniotis LLP
Fax: (516) 741-9060