**MEMO ENDORSED**

# MSSSV

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*°◊
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER B. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY
JONATHAN B. ISAACSON*
ANNE ZANGOS
KELLY C. HOBEL*

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
° ALSO ADMITTED IN FLORIDA
°° RESIDENT IN WESTCHESTER

July 24, 2008

VIA FACSIMILE (212) 805-6724
Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

_____
Frank Maas, USMJ  7/24/08

Re:   Cutner v. Lantern Group et al.
      Docket No.:  07 Civ. 8649
      Our File No.:  07-636; 08-033

Dear Judge Maas:

This firm represents the defendants Lantern Group and St. Louis Hall L.P. in the above-referenced case. We write to inform the Court that we were prepared to conduct plaintiff's deposition on July 23, 2008, and plaintiff appeared for her deposition on this date. Unfortunately, the deposition could not go forward because the court reporter did not appear due to a family emergency, and despite our best efforts, we were not able to secure another court reporter on such short notice. We have rescheduled plaintiff's deposition for August 5, 2008. We respectfully request permission to conduct plaintiff's deposition on this date.

Thank you for your time and attention to this matter. If you have any questions, please do not hesitate to contact me.

Respectfully submitted,
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Melissa Holtzer

Cc: Rolande Cutner, Esq. (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

TOTAL P.002