UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ROLANDE CUTNER,

                Plaintiff,

    -against-

THE LANTERN GROUP, ST. LOUIS HALL L.P.,
SRO HOTEL THE ST. LOUIS a/k/a THE ST. LOUIS
HALL, 319 REALTY SERVICES, LLP, and 319
WEST LLC and XYZ CORPORATION (said name
being fictitious, it being the intention of CUTNER to
designate any corporation having a legal interest in the
SRO HOTEL THE ST. LOUIS,

                Defendants.
----------------------------------------------------------------x

Docket No.: CV-07-8649
          (LAK)(WM)

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 56 of the Federal Rules of Civil
Procedure, and the Individual Practices of the Honorable Lewis A. Kaplan, upon the
accompanying Declaration of Melissa Holtzer, dated September 4, 2008, the exhibits annexed
thereto, the Defendant's Statement of Undisputed Facts Pursuant to Local Rule 56.1, and the
accompanying Memorandum of Law in Support of Defendant's Motion for Summary
Judgment, defendants THE LANTERN GROUP, ST. LOUIS L.P. s/h/a ST. LOUIS HALL
L.P. and 319 REALTY SERVICES, L.P. s/h/a 319 REALTY SERVICES, L.L.P., will move
this Court, before the Honorable Lewis A. Kaplan, on a date to be determined by the Court, at
the United States District Court for the Southern District of New York, located at 500 Pearl
Street, New York, New York, or as soon thereafter as counsel may be heard, for an Order,
pursuant to Fed. R. Civ. P. 56 dismissing this action against the moving defendants in its
entirety and awarding the moving defendants such other and further relief as the Court deems

1

just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that as per the directives of Magistrate Judge Maas, opposition papers are to be served by September 26, 2008, and reply papers are to be served by October 3, 2008.

Dated: Mineola, New York
      September 5, 2008

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants THE
LANTERN GROUP, ST. LOUIS HALL L.P.
and 319 REALTY SERVICES L.L.P.

Adam I. Kleinberg (AIK-0468)
Melissa Holtzer (MH-6636)
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-636

TO:    Rolande Cutner, Esq.
       Plaintiff Pro-Se
       60 Broad Street, Suite 3502
       New York, New York 10004
       (212) 847-2389

2