# *St. Louis Hall: Know the Facts*

*Lantern Group's conversion of commercial SRO into permanent affordable housing*
319 West 94th Street, New York, NY 10025 (Block 1253, Lot 10)

### I. WHAT IS THERE NOW?
- 149 SRO units averaging 80 sq. ft.; 26 units per floor sharing 6 bathrooms and 4 kitchens; insufficient electricity for air conditioning
- 53 permanent tenants, 11 temporary tenants and 85 vacancies

### II. WHAT IS PROPOSED?
- 141 total units averaging 140 sq. ft.: 88 SRO units clustered in suites of 5-6 units sharing 2 bathrooms; 52 Studios with private bathrooms; 1 superintendent apartment
- All units will have cooking equipment, refrigerator, built-in cabinets and closets, electrical capacity for air conditioning
- An additional 2.5 as-of-right floors; seeking variance from BSA to allocate the new floor area without required set backs

### III. WHO WILL LIVE THERE AFTER RENOVATION?
- All 53 existing tenants
- 60 formerly homeless single adults living with special needs (mentally ill)
- 27 formerly homeless and employed single adults (non special needs)

### IV. WHAT RENTS WILL BE CHARGED?
- No existing tenant will receive a rent increase; some will receive decreases
- Rent for new tenants will not exceed 30% of their income

### V. WHAT SERVICES WILL BE PROVIDED?
- On-site services will be provided by the Lantern Group and Fountain House and will include: counseling, health and mental health management, assistance with employment, entitlements, education and daily living skills
- An 18-person staff will include social service and property management personnel and 24/7 reception on security.

### VI. HOW WILL THE RENOVATION PLAN IMPACT CURRENT TENANTS?
- Reconstruction will be in two phases. Tenants will be moved within the building; a minimum of 7 tenants will be relocated temporarily to a near-by building.
- The reconstruction and conversion of the St. Louis is supported by the current tenants who have participated in many discussions with Lantern Group and the Land Use and Health & Human Services Committees of Community Board #7.

*The Lantern Group is a non-profit organization that has developed, owns, operates 11 buildings of permanent and affordable housing and provides on-site social services to tenants. Fountain House is a non-profit organization that has served New Yorkers living with mental illness for 59 years.*