# St. Louis Hall

## Service Improvement Schedule

(September 5, 2007)

| Item | Solution |
|---|---|
| *Boiler | Overhaul, clean up and repair to be done prior to heating season. Monthly inspections during heating season. (New boiler installed during renovation). |
| *Extermination | Performed on a monthly basis. Specialized treatment will be performed as per tenant request. |
| *Bed Bug Policy | As per tenant request. A number of tenants have singed up and had their rooms fumigated. We will outreach to the remaining tenants to address bed bug issues. |
| *Repair Orders | As per tenant request. Completed within 10 days and immediately when there's an emergency. |
| Package Delivery | LG is developing a plan to accept packaged and deliveries for tenants with physical disability. We expect to develop a plan and put it in place no later than October 1. |
| Tenants with immediate service needs | Tenants with immediate service needs will be assisted pursuant to the following protocol, See attached Interim Case Management Services Protocol. |

*ongoing services, policies and procedures