# *St. Louis Hall*

(September 10, 2007)

## Interim Package Handling Policy

**Subject:**  Package Delivery and Pick-Up

**Policy:**  As a courtesy to tenants, we will accept delivery of packages from USPS, FedEx, UPS and other mail carriers, when no signature is required, if you are not home when the deliveries arrive, subject to the procedures set forth below.

**Procedures:**

- Tenants who desire the Reception Desk to accept packages must fill out and sign the attached Request for Package Delivery Assistance Form.

- If you are expecting a package, be sure to check with the Reception Desk. We will not notify you when packages arrive.

- We are not responsible for the security or condition of packages that we accept on your behalf. We will make our best efforts to handle your packages carefully and to keep them secure until you pick them up, but we do not guarantee that they will be undamaged, unspoiled, or completely safe from theft. We will not be liable for any theft, loss, or spoilage of or any damage to any package or packages accepted on your behalf.

- We will release a package only to the named addressee. You may not pick up packages for anyone else. When picking up a package, you must present identification and sign the Package Log.

- The reception desk will accept personal deliveries (i.e. laundry, dry cleaning) to accommodate only tenants with physical disabilities.

- Package and/or mail will be accepted during the hours of 8 am – 4 pm, Monday through Friday only; tenants must retrieve their mail/packages during these same times.

**Note:** This policy is currently applicable and management reserves the right to revise or change in, as appropriate, upon further review.

# St. Louis Hall

(September 10, 2007)

## Request for Package Delivery Assistance

I am requesting package delivery assistance from Property Management at Reception Desk. I authorize Property Management to accept packages when no signature is required on my behalf. I will need the service from _____ to _____.


Tenant Name _____          Room No. _____


Tenant Signature _____          Date _____


Property Manager _____

# St. Louis Hall

(September 10, 2007)

## Package Log

| Date & Time In | Addressee | Sender | Package # | Date & Time Out | Employee's Initials | Recipient's Name | Recipient's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

319 West 51st Street, New York, NY 10025
Tel: (212) 678-8070  Fax: (212) 678-0874

I:\4-server\St. Louis Hall\Policies\Package Log 9.10.07.doc